Kayla Kershen, Esq. (*pro hac vice*)
1450 Brickell Bay Dr., Apt. 1402
Miami, FL 33131
Tel.: (989) 574-5262
Kayla.kershen@outlook.com

*Withdrawing Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BART ELLIOTT, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ASSURED HEALTH GROUP, LLC,<br><br>Defendant. | Case No.: 8:26-cv-01664<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date: December 14, 2026<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Hon. David O. Carter |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 14, 2026, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable David O. Carter, United States District Judge for the Central District of California, Kayla N. Kershen, Esq. ("Moving Counsel") will and hereby does move this Court for an Order granting leave to withdraw as counsel of record for Plaintiff Bart Elliott ("Plaintiff") pursuant to Local Rule 83-2.3.2.

Good cause exists for the requested withdrawal because Moving Counsel is no longer affiliated with the law firm of Shamis & Gentile, P.A., which is still

retained by Plaintiff. Plaintiff is also still represented by Edelsberg Law, P.A. Moving Counsel's withdrawal is not sought for purposes of delay and will not materially prejudice Plaintiff, as he is still fully represented, or any other party. No deadline will be affected.

Moving Counsel has provided Plaintiff and all parties with reasonable advance written notice of the requested withdrawal, as required by Local Rule 83-2.3.2, and has taken reasonable steps to protect Plaintiff's interests in connection with the proposed withdrawal.

Pursuant to Local Rule 7-3, Moving Counsel conferred with counsel for Defendant on November 11, 2026, regarding the relief requested herein. Defendant does not oppose the requested withdrawal.

Dated: November 16, 2026

*/s/ Kayla N. Kershen*

Kayla Kershen, Esq. (*pro hac vice*)
1450 Brickell Bay Dr., Apt. 1402
Miami, FL 33131
Tel.: (989) 574-5262
Kayla.kershen@outlook.com

*Attorney Seeking Leave to Withdraw*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically notifies all counsel of record.

*/s/ Kayla N. Kershen*
Kayla Kershen, Esq. (*pro hac vice*)