Kayla Kershen, Esq. (*pro hac vice*)
1450 Brickell Bay Dr., Apt. 1402
Miami, FL 33131
Tel.: (989) 574-5262
Kayla.kershen@outlook.com

*Withdrawing Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BART ELLIOTT, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ASSURED HEALTH GROUP, LLC,<br><br>Defendant. | Case No.: 8:26-cv-01664<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

The Court, having considered the Motion for Leave to Withdraw as Counsel of Record filed by Kayla N. Kershen ("Moving Counsel"), and finding good cause therein, hereby ORDERS as follows:

1. The Motion for Leave to Withdraw as Counsel of Record is GRANTED.
2. Kayla N. Kershen is relieved as counsel of record for Plaintiff Bart Elliott in this action, effective immediately.
3. All other counsel of record for Plaintiff shall remain counsel of record, and the withdrawal of Kayla N. Kershen shall not affect their continued representation of Plaintiff in this action.

4. The Clerk of the Court is directed to terminate Kayla N. Kershen as counsel of record in this action and remove her from the electronic service list for this case.

IT IS SO ORDERED.

Dated: ______________________

______________________________
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE